GARY M. RESTAINO
United States Attorney
District of Arizona
REBECCA S. GARVEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Rebecca.garvey@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00470-TUC-SHR |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Isaiah Lorenzo Brinkley, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby files this sentencing memorandum recommending a sentence of 78 months' imprisonment and five years' of supervised release. Sentencing is set for May 13, 2022 at 9:40 AM before Judge Scott H. Rash.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 27 and a criminal history category II for the defendant. The government agrees with these calculations. The government requests that the Court adopt the plea agreement as filed. The plea agreement sets forth a range of 63 to 78 months' imprisonment.

\ \ \

**Sentencing Factors**

As detailed in the PSR, the defendant has a misdemeanor conviction for alien smuggling. PSR ¶ 30. In 2019, he was sentenced to 60 days custody for that misdemeanor. In 2020, the defendant was arrested for possession of marijuana. PSR ¶ 33. This case was dismissed. In 2020, the defendant was arrested for Aggravated and Armed Robbery. PSR ¶ 34. This case is still pending and there is an active extradition warrant. *Id.*

On January 26, 2020, at approximately 9:00 PM, G.J.H. arrived at the U.S. Border Patrol Immigration Checkpoint located at approximately Mile Post 58 on State Route 85 near Why, Arizona. G.J.H. was driving a silver Honda Pilot SUV. Border Patrol agents referred G.J.H. to the secondary inspection area because at Primary Inspection they saw a blanket covering something in the backseat of G.J.H.'s vehicle.

During G.J.H.'s secondary inspection, agents believed that a person was hiding under the blanket in the backseat area of the Honda Pilot. Agents asked G.J.H. to remove the keys from the ignition and step out of the vehicle. Instead, G.J.H. accelerated away from the secondary inspection area. BPAs immediately pursued the Honda Pilot driven by G.J.H.

After an approximately 1.5 mile pursuit, the Honda Pilot crashed near Mile Post 56.5 on SR 85. Agents got to the scene of the accident and immediately saw that all three occupants of the Honda Pilot had been ejected from the vehicle. The driver was located 30 feet away from the vehicle. PSR ¶ 6.

Two of the people ejected from the vehicle were later identified as illegal immigrant Colombian citizens J.A.R.-Z. and child S.R.-P.. Further, G.J.H. and J.A.R.-Z. died at the scene of the accident. S.R.-P. suffered a swollen vertebrae and lumbar, and was transported to a hospital in Phoenix, Arizona.

Homeland Security Investigations began investigating the alien smuggling organization responsible. Agents identified that the defendant was responsible for recruiting the driver, G.J.H., via Snapchat. Agents also identified that the defendant was

responsible for coordinating at least four other alien smuggling events. In at least three of those other events, multiple aliens were in the trunks of the vehicles. PSR ¶ 7.

The defendant admitted to beginning to smuggle aliens in 2019. PSR ¶ 14. He claims to have earned $5,000-$12,000 per vehicle, at $3,900 per person. *Id.* The defendant was responsible for overseeing the aliens' travel. *Id.*

The PSR shares how difficult this experience has been for the surviving victim, S.R.-P. PSR ¶ 10. S.R.-P. lost their father in this accident. *Id.* S.R.-P. wants to put this incident behind them and move on with their life. However, the accident has unfortunately greatly affected the trajectory of S.R.-P.'s life. S.R.-P. had plans to go to University, and since the accident, has abandoned their plans of pursuing an education. *Id.*

**Recommendation**

It is for all these reasons that the government requests a sentence of 78 months and five years' of supervised release. Such a sentence promotes respect for the law, deters the defendant from committing future crimes, and protects the public.

Respectfully submitted this 6th day of May, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Rebecca S. Garvey*

REBECCA S. GARVEY
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 6th day of May, 2022, to:

All ECF participants.